AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__southern__ DISTRICT OF __New York__

UNITED STATES
v.
CARMEN CICALESE, ET AL.

**APPEARANCE**

Case Number: 07-cr-1125

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Patrick Cicalese

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/17/2008 | _signature_ |
| Date | Signature |
| | Benjamin Brafman (BB2285) & MARK M. BAKER (MB5365) |
| | Print Name / Bar Number |
| | 767 Third Avenue - 26th Floor |
| | Address |
| | New York / New York / 10017 |
| | City / State / Zip Code |
| | (212) 750-7800 / (212) 750-3906 |
| | Phone Number / Fax Number |