

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2008

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**

**SO ORDERED**
The conference is adjourned to July 9, 2008 at 10:00 a.m.

MAY 28 2008  *George B. Daniels*
HON. GEORGE B. DANIELS

**BY FACSIMILE**
Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Carmen Cicalese et al.**
           07 Cr. 1125

Dear Judge Daniels:

    The Government writes with regard to the status of the above-referenced case. All of the defendants who have appeared in the case have pled guilty or will plead guilty by June 4, 2008 except for three defendants: Julius Migdal, Patrick Cicalese and Langhorn Carter Rorer. The Government is in plea discussions with respect to each of these defendants and requests that the conference presently scheduled for May 28, 2008 be adjourned for approximately five to six weeks.

    The Government seeks an exclusion of time until a any new conference date. Defense counsel all consent to this adjournment. The Government submits that time should be excluded under 18 U.S.C. § 3161(h)(8)(A) in the interests of justice is in the interests of justice and outweighs the needs of the defendants or public in a speedy trial.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

              By:   *[signature]*
                       Arlo Devlin-Brown
                       Assistant United States Attorney
                       (212) 637-2506

cc: Mark Baker, Esq.
(Counsel for Patrick Cicalese)

David Cohen, Esq.
(counsel for Julius Migdal)

John Mitchell, Esq.
(counsel for Louis Brown)

GEORGE B.