**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
KAREN A. NEWIRTH
MARC AGNIFILO ADMITTED IN N.Y AND N.J.

MARK M. BAKER
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 9 2008

June 3, 2008

**SO ORDERED**

*[signature]* George B. Daniels

HON. GEORGE B. DANIELS

JUN 0 5 2008

**Via Facsimile**
Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Patrick Cicalese, et. al.
      07 Cr. 1125 (GBD)

Dear Judge Daniels:

This letter is to request an extension of Defendant Patrick Cicalese's travel restrictions for a limited period of time.

At present, and since his arraignment on January 9, 2008, Defendant's travel has been restricted to the Southern and Eastern Districts of New York, the Southern District of Florida (where he resides), and the District of New Jersey (where his ailing mother and sister reside).

It is Defendant's intention, and subject to the Court's approval, to leave Florida for New Jersey on July 5, 2008, and travel by motor vehicle with his dogs. His plan is to drive north on Interstate 95. Consequently, he will need clearance in all states between Florida and New Jersey. Upon arrival in New Jersey, Defendant plans to reside for the summer at his sister's house in Short Hills, as well as at his deceased grandmother's house in Long Branch and a seasonal rental in the Cape May area. He intends to return to Florida during the week following August 30, 2008.

**BRAFMAN & ASSOCIATES, P.C.**

      Defendant has discussed his plans with his pre-trial services officer who obviously requires court approval. I have personally discussed this request with Assistant United States Attorney Arlo Devlin-Brown, who consents to this application.

      Accordingly, it is respectfully requested that for the period between July 5, 2008 and September 5, 2008, Defendant's travel restrictions be amended so that, in addition to the present allowances, he be afforded permission to travel by motor vehicle from Florida to New Jersey, and thereby be allowed to travel through all those districts along the way which would be necessary to pass through.

      With great appreciation for all your courtesies, I remain,

                                      Respectfully yours,
                                      **Brafman & Associates, P.C.**

                          By: _____
                              MARK M. BAKER
                              Of Counsel

cc:    Arlo Devlin-Brown, Esq. (Via fax)
       Patrick Cicalese