UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                          :
UNITED STATES OF AMERICA          :      GOVERNMENT'S
                                          :      FORFEITURE BILL
              -v-                 :      OF PARTICULARS
                                          :
CARMEN CICALESE,                  :      07 Cr. 1125 (GBD)
     a/k/a "Buddy,"               :
JULIUS MIGDAL,                    :
     a/k/a "Jay,"                 :
FRANCIS PUGLIESE,                 :
     a/k/a "Butch,"               :
PATRICK CICALESE,                 :
MARC GROUP,                       :
     a/k/a "Box,"                 :
LOUIE SANTOS,                     :
     a/k/a "Brown,"               :
     a/k/a "Lou the Shoe,"        :
PAUL CELLURA,                     :
     a/k/a "Coppertone,"          :
FEDERICO SEMENTINI,               :
     a/k/a "Macie,"               :
CARL MURACO,                      :
     a/k/a "Sheepshead,"          :
KEITH EAGLE,                      :
     a/k/a "Sands,"               :
ANDREW FARRO,                     :
     a/k/a "Dukie,"               :
LANGHORNE CARTER RORER II,        :
     a/k/a "Lang,"                :
     a/k/a "Cleaver,"             :
                                          :
              Defendants.         :
                                          :
- - - - - - - - - - - - - - - - - -x

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Three of the Indictment, as alleged in the Forfeiture Allegation, also includes but is not limited to the following:

(1)    Approximately $95,000 in United States Currency,
       seized on or about January 14, 2008, from Safe
       Deposit Box Number 533 held at JPMorgan Chase
       Bank, 97-41 Queens Boulevard, Rego Park, New York,
       in the name of Julius Migdal;

(2)    Approximately $170,000 in United States Currency,
       seized on or about January 14, 2008, from Safe
       Deposit Box Number 826 held at JPMorgan Chase
       Bank, 97-41 Queens Boulevard, Rego Park, New York,
       in the names of Patrick Cicalese and Julius
       Migdal;

(3)    Approximately $436,628 in United States Currency,
       seized on or about April 2, 2008, from Safe
       Deposit Box Number 563 held at Emigrant Savings
       Bank, Queens Boulevard, Rego Park, New York, in
       the name of Patrick Cicalese;

(4)    Approximately $35,115 in United States Currency,
       seized on or about April 2, 2008, from Safe
       Deposit Box Number 1222 held at Chase Bank, State
       Street, Morristown, New Jersey, in the name of
       Patrick Cicalese; and

(5)    Approximately $340,005 in United States Currency,
       seized on or about April 2, 2008, from Safe
       Deposit Box Number 1708 held at Chase Bank, State
       Street, Morristown, New Jersey, in the name of
       Patrick Cicalese.

In addition, the Government respectfully gives notice
that the property subject to forfeiture as a result of the money
laundering offense alleged in Count Three of the Indictment, as
alleged in the Forfeiture Allegation, is subject to forfeiture

2

pursuant to 18 U.S.C. § 982, and includes any property, real and personal, involved in said offense, and any property traceable to such property.

Dated:    New York, New York
          August 12, 2008

                              Respectfully Submitted,

                              MICHAEL J. GARCIA
                              United States Attorney


                        By:_____/s/_____
                              ARLO DEVLIN-BROWN
                              Assistant United States Attorney
                              Telephone: (212) 637-2506